# MEMORANDUM
## United States District Court
Eastern District of New York

To:    **Judge Weinstein**
       **United States District Judge**

**Date: 6/28/05**

From:  **Mary Ann McGee**
       **Appeals Clerk**

**Case Number: CV-01-8584**
Negron v. USA

*Handwritten notes:*

→ *Jay let me see file + Docket sheet.*

*Issue order:*
*~~Set~~ A Hearing set set for August 19 2005 at 10'15AM to decide if a certificate of appealability should be issued and on what grounds. Defendant shall be present by telephone. So Ordered*

*6/29/05*

### Attached please find Motion/Request for:

_____ Leave to appeal in forma pauperis

__X__ Certificate of Appealability

_____ Notice of Appeal. There is no request for, or ruling on, Certificate of Appealability.

_____ Extension of Time to File Notice of Appeal

_____ Assignment of Counsel.

_____ Reconsideration

| Granted | Denied |
|---------|--------|
| Granted | Denied |
| Granted | Denied |
| Granted | Denied |
| Granted | Denied |
| Granted | Denied |

SO ORDERED

_____
United States District Judge

**Dated:**



# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
#### 40 FOLEY SQUARE
#### NEW YORK 10007



Roseann B. MacKechnie
CLERK

Date:                    6/20/05

Docket Number:           05-2983-pr
Short Title:             Negron v. USA
DC Docket Number:        01-cv-8584
DC:                      EDNY (BROOKLYN)
DC Judge:                Honorable Jack Weinstein

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 20th day of June, two thousand and five.

Jose Negron,

    Petitioner-Appellant,

v.

USA,

    Respondent-Appellee.

A notice of appeal having been filed from an order denying relief in a application brought under the provisions of 28 U.S.C. Section 2255, and it appearing that the file of the proceedings does not contain either a certificate of appealability or a denial thereof, it is **ORDERED** that said appeal be, and it hereby is **DISMISSED** without prejudice to the appeal being reinstated upon notice to the Clerk within 30 days from the entry of an order by the district judge granted or denying a certificate of appealability. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

In accordance with Rule 22(b) of the Federal Rules of Appellate Procedure, and Second Circuit Rule 22a, you are hereby directed to promptly move for a certificate of appealability in the district court.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

*Conn Mozgan*

For the Court,
Roseann B. MacKechnie, Clerk

By: Connie Mazariego
Deputy Clerk

Certified:          JUN 2 0 2005