UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JOSE NEGRON


            -v-                                    ORDER
                                              CV01-8584  (JBW)
UNITED STATES OF AMERICA
--------------------------------X


A hearing is set for August 9, 2005, at 10:00a.m.to decide
if a certificate of appealability should be issued and on what
grounds.  The Warden is to have the defendant available via
telephone to participate at this hearing.



                              SO ORDERED



                              JACK B. WEINSTEIN
                              SR. U.S.D.J.


DATED:6/30/05